THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THERAPEUTIC HEALTH SERVICES,<br><br>Defendant. | Case No. 2:24-cv-01518-MJP<br><br>**STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS DUE TO MEDIATION AND**<br><br>**[PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR: March 11, 2025.** |

I. **STIPULATION**

Plaintiff Scottsdale Insurance Company ("Plaintiff") and Defendant Therapeutic Health Services ("THS"), through their respective counsel, submit this Stipulated Motion and [Proposed] Order to extend the Court's previous stay of proceedings in this action [ECF. No. 16] from March 18, 2025, toApril 25, 2025. The Parties ask that the existing stay be extended for one month to accommodate a mediation that has been scheduled for March 26, 2025, with The Honorable John W. Thornton (ret.) of JAMS.

Plaintiff filed this lawsuit seeking a declaration that it has no coverage or defense obligations under the policy issued to THS with respect to four underlying lawsuits filed in King County Superior Court ("Underlying Lawsuits"). Plaintiffs in the Underlying Lawsuits allege that

STIPULATED MOTION TO EXTEND STAY
OF PROCEEDINGS DUE TO MEDIATION - 1
CASE NO. 2:24-CV-01518-MJP

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  THS failed to adequately safeguard its security systems, resulting in a data breach that exposed the
2  private and confidential information of an alleged class of affected individuals.
3       THS and the plaintiffs in the Underlying Lawsuits have been negotiating toward a potential
4  settlement. In furtherance of those discussions, Plaintiff and THS stipulated to a 90-day stay of the
5  case until March 18, 2025, which this Court granted. ECF No. 16. THS and the plaintiffs in the
6  Underlying Lawsuits, along with Plaintiff, have agreed to mediate the case with the Honorable
7  John W. Thornton (ret.) of JAMS on March 26, 2025. The various parties who need to be present
8  if the mediation is to succeed could not all accommodate a mediation date that would fall within
9  the existing stay of proceedings. Extending the stay for an additional month serves the same
10 purposes that supported issuance of a stay, without unduly delaying resolution of this case if
11 mediation is unsuccessful. *See In re Zillow Grp., Inc. Session Replay Software Litig.*, No. 2024
12 WL 69732, *2 (W.D. Wash. Jan. 5, 2024) (quoting *Landis v. North American Co.*, 299 U.S. 248,
13 254 (1936) ("The power to stay is 'incidental to the power inherent in every court to control the
14 disposition of the causes on its docket with economy of time and effort for itself, for counsel, and
15 for litigants.'")).
16      In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between
17 counsel for Plaintiff and THS that the stay in this action should be extended from March 18, 2025,
18 to April 25, 2025.

## II.   ORDER

20      Pursuant to the parties' stipulation, it is so ordered. The stay of this action and all litigation
21 deadlines in the current Case Schedule is EXTENDED until April 25, 2025. The parties shall file
22 a joint status report with the Court no later than May 2, 2025. If any resolution of the Underlying
23 Lawsuits is finalized and impacts the progress of the current case, or if efforts to resolve the

STIPULATED MOTION TO EXTEND STAY
OF PROCEEDINGS DUE TO MEDIATION - 2
CASE NO. 2:24-CV-01518-MJP

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

remaining claims are unsuccessful, the parties shall include in their joint status the normal information submitted pursuant to FRCP 26(f) and LCR 26(f) regarding scheduling.

**IT IS SO ORDERED.**

DATED: March 12, 2025.

_____
THE HONORABLE MARSHA J. PECHMAN
United States District Judge

DATED: March 11, 2025        STIPULATED TO AND PRESENTED BY:

**K&L GATES LLP**

By:   *s/ Peter A. Talevich*
      Peter A. Talevich, WSBA #42644
      925 Fourth Avenue, Suite 2900
      Seattle, WA 98104-1158
      Tel.:   (206) 623-7580
      Email: peter.talevich@klgates.com

I certify that this memorandum contains 480 words in compliance with the Local Civil Rules.

      Jeffrey J. Meagher (admitted *pro hac vice*)
      K&L Gates Center
      210 Sixth Avenue
      Pittsburgh, PA 15222
      Tel.:   (412) 355-6500
      Email: jeff.meagher@klgates.com

*Attorneys for Defendant Therapeutic Health Services*

**AND**

STIPULATED MOTION TO EXTEND STAY
OF PROCEEDINGS DUE TO MEDIATION - 3
CASE NO. 2:24-CV-01518-MJP

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**BAILEY CAVALIERI LLC**

By: <u>s/ Darius N. Kandawalla</u>
Darius N. Kandawalla (admitted *pro hac vice*)
10 W Broad St., Suite 2100
Columbus, OH 43215
Tel.:   (614) 229-3255
Email: Dkandawalla@baileycav.com

**SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP**

By: <u>s/ Justin S. Landreth</u>
Justin S. Landreth, WSBA #44849
600 University Street, Suite 2305
Seattle, WA 98101
Tel.:   (206) 447-6461
Email: Jlandreth@selmamlaw.com

*Attorneys for Plaintiff Scottsdale Insurance Company*

STIPULATED MOTION TO EXTEND STAY
OF PROCEEDINGS DUE TO MEDIATION - 4
CASE NO. 2:24-CV-01518-MJP

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022