The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THERAPEUTIC HEALTH SERVICES,<br><br>Defendant. | CASE NO. 24-cv-01518-MJP<br><br>**STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS TO ALLOW TIME TO FINALIZE SETTLEMENT AND**<br><br>**[~~PROPOSED~~] ORDER**<br><br>**NOTE ON MOTION CALENDAR: APRIL 25, 2025.** |

## STIPULATION

Plaintiff Scottsdale Insurance Company ("Scottsdale") and Defendant Therapeutic Health Services ("THS"), through their respective counsel, submit this Stipulated Motion and [Proposed] Order to extend the Court's previous stay of proceedings in this action [ECF. No. 18] from April 25, 2025, to July 24, 2025. The Parties ask that the existing stay be extended for 90 days to allow the Parties to complete and finalize settlement.

Scottsdale filed this lawsuit seeking a declaration that it has no coverage or defense obligations under the policy issued to THS with respect to four underlying lawsuits filed in King County Superior Court ("Underlying Lawsuits"). The Underlying Lawsuits alleges that THS failed to adequately safeguard its security systems, resulting in a data breach that exposed the private and confidential information of an alleged class of affected individuals.

The parties to both the Underlying Lawsuits and this coverage action have reached settlements. Specifically, the plaintiff of the Underlying Lawsuits and THS have resolved the data breach related claims; THS and Scottsdale have reached a settlement in this coverage matter. Final resolution of the Underlying Lawsuits is subject to completion of the settlement and funding process, as well as entry of a dismissal order by the court. The timing of this process remains uncertain due to factors beyond the Parties' control. To allow sufficient time to complete the final resolution of the Underlying Lawsuits, Scottsdale and THS jointly stipulate to a 90-day extension. Following final resolution of the Underlying Lawsuits and settlement of this action, Scottsdale and THS will file a stipulation of dismissal.

In full consideration of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Scottsdale and THS that the stay in this action should be extended from April 25, 2025, to July 24, 2025.

## **ORDER**

Pursuant to the Parties' stipulation, it is so ordered. The stay of this action and all litigation deadlines in the current Case Schedule is EXTENDED until July 24, 2025. Within 90 days thereafter, the Parties agree to file a status report providing the Court with an update on the case status.

**IT IS SO ORDERED.**

DATED: April 25, 2025.

_____ for

THE HONORABLE MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION TO EXTEND STAY
AND [~~PROPOSED~~] ORDER
CASE NO. 24-CV-01518-MJP - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel. 206.447.6461

1  DATED: April 25, 2025

**STIPULATED TO AND PRESENTED BY:**

**SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP**

By:    *s/ Justin S. Landreth*
Justin S. Landreth, WSBA #44849
600 University Street, Suite 2305
Seattle, WA 98101
Tel.:    (206) 447-6461
Email: Jlandreth@selmamlaw.com

I certify that this memorandum contains 352 words in compliance with the Local Civil Rules.

**BAILEY CAVALIERI LLC**

Darius N. Kandawalla (admitted *pro hac vice*)
10 W Broad St., Suite 2100
Columbus, OH 43215
Tel.:    (614) 229-3255
Email: Dkandawalla@baileycav.com

*Attorneys for Plaintiff Scottsdale Insurance Company*

**K&L GATES LLP**

By:    *s/ Peter A. Talevich*
*(signed with permission by Justin S. Landreth)*
Peter A. Talevich, WSBA #42644
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel.:    (206) 623-7580
Email: peter.talevich@klgates.com

Jeffrey J. Meagher (admitted *pro hac vice*)
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Tel.:    (412) 355-6500
Email: jeff.meagher@klgates.com

*Attorneys for Defendant Therapeutic Health Services*

STIPULATED MOTION TO EXTEND STAY
AND [PROPOSED] ORDER
CASE NO. 24-CV-01518-MJP - 3

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel. 206.447.6461