**The Honorable Marsha J. Pechman**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>THERAPEUTIC HEALTH SERVICES,<br><br>             Defendant. | CASE NO. 24-cv-01518-MJP<br><br>**STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS TO ALLOW TIME TO FINALIZE SETTLEMENT AND [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR:<br>July 21, 2025.** |

**STIPULATION**

Plaintiff Scottsdale Insurance Company ("Scottsdale") and Defendant Therapeutic Health Services ("THS") (collectively the "Parties"), through their respective counsel, submit this Stipulated Motion and [Proposed] Order to extend the Court's previous stay of proceedings in this action [ECF. No. 20] from July 24, 2025 to October 22, 2025.  The Parties ask that the existing stay be extended for an additional 90 days to allow the Parties to complete and finalize settlement.

Scottsdale filed this coverage lawsuit seeking a declaration that it has no coverage or defense obligations under the policy issued to THS with respect to four underlying lawsuits filed in King County Superior Court ("Underlying Lawsuits").  The Underlying Lawsuits allege that THS failed to adequately safeguard its security systems, resulting in a data breach that exposed the private and confidential information of an alleged class of affected individuals.

STIPULATED MOTION TO EXTEND STAY
AND [PROPOSED] ORDER
CASE NO. 24-CV-01518-MJP - 1

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel. 206.447.6461

The parties to both the Underlying Lawsuits and this coverage action have reached settlements. Specifically, the plaintiffs of the Underlying Lawsuits and THS have resolved the data breach related claims; THS and Scottsdale have reached a settlement in this coverage matter. Although the parties have previously stipulated to two extensions, the timing of this process remains uncertain due to factors beyond the Parties' control. Accordingly, Scottsdale and THS jointly stipulate to another 90-day extension. This additional time will allow THS and Scottsdale to complete execution of the settlement agreement, finalize the funding process, and take all necessary steps to conclude the resolution. Following final resolution of the Underlying Lawsuits and settlement of this action, Scottsdale and THS will file a stipulation of dismissal.

In full consideration of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Scottsdale and THS that the stay in this action should be extended from July 24, 2025 to October 22, 2025.

**ORDER**

Pursuant to the Parties' stipulation, it is so ordered. The stay of this action and all litigation deadlines in the current Case Schedule is EXTENDED until October 22, 2025. Within 90 days thereafter, the Parties agree to file a status report providing the Court with a status update on the case. This is the final extension the Court will permit.

**IT IS SO ORDERED.**

DATED: July 22, 2025.

_____
THE HONORABLE MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION TO EXTEND STAY
AND [PROPOSED] ORDER
CASE NO. 24-CV-01518-MJP - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel. 206.447.6461

DATED: July 21, 2025

STIPULATED TO AND PRESENTED BY:

**SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP**

By: *s/ Justin S. Landreth*
Justin S. Landreth, WSBA #44849
600 University Street, Suite 2305
Seattle, WA 98101
Tel.: (206) 447-6461
Email: Jlandreth@selmamlaw.com

I certify that this memorandum contains 355 words in compliance with the Local Civil Rules.

**BAILEY CAVALIERI LLC**

Darius N. Kandawalla (admitted *pro hac vice*)
10 W Broad St., Suite 2100
Columbus, OH 43215
Tel.: (614) 229-3255
Email: Dkandawalla@baileycav.com

*Attorneys for Plaintiff Scottsdale Insurance Company*

**K&L GATES LLP**

By: *s/ Peter A. Talevich*
(signed with permission by Justin S. Landreth)
Peter A. Talevich, WSBA #42644
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel.: (206) 623-7580
Email: peter.talevich@klgates.com

Jeffrey J. Meagher (admitted *pro hac vice*)
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Tel.: (412) 355-6500
Email: jeff.meagher@klgates.com

*Attorneys for Defendant Therapeutic Health Services*

STIPULATED MOTION TO EXTEND STAY
AND [PROPOSED] ORDER
CASE NO. 24-CV-01518-MJP - 3

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Tel. 206.447.6461